**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF DECEMBER 1, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

**WD78565**       **In Re The Adoption of:  J.K.L.,  Minor;  W.J.H. and T.Y.H. vs. L.L.**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

**None**